No. 77–552. WHEELING-PITTSBURGH STEEL CORP. *v.* DEPARTMENT OF ENVIRONMENTAL RESOURCES OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 77–553. RINALDI *v.* HOLT, RINEHART & WINSTON, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 77–556. EAST END YACHT CLUB, INC. *v.* BUCKLEY BROS. C. A. 2d Cir. Certiorari denied.

No. 77–558. GREVAS *v.* THE OLYMPIC PEGASUS ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–559. LANE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–563. MOON ET AL. *v.* WEEKS. Ct. Sp. App. Md. Certiorari denied.

No. 77–566. HOWIE *v.* UNITED STATES RUBBER Co., INC., ET AL. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 77–573. CLARK ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–591. LOSING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–604. A. J. WHITE & Co. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 77–5044. MEADOWS *v.* EVANS, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 77–5104. FLORES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.